Joshua Neil Harrell, CDCR# BH7394
Name and Prisoner/Booking Number

Folsom State Prison
Place of Confinement

P.O. Box 950
Mailing Address

Folsom, CA 95763
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
Sep 13, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA NEIL HARRELL ,
(Full Name of Plaintiff)   Plaintiff,

v.

(1) Antuan Simmons (SCJ498) ,
(Full Name of Defendant)
(2) Jeffery Poblete (SCJ436) ,
(3) Richard Bennett (11207) ,
(4) "PEG" (512) ,
Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:19-cv-1838 AC (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

   ☑ Other: U.S.C.A. Const. Amend §§ 1,4,8,14; 28 USC § 1343(a); 42 USC § 1983; 28 USC § 1367 .

2. Institution/city where violation occurred: Stanton Detention Facility, Solano County Jail, Fairfield, California .

Revised 3/15/2016

1

Page 1-A attachment:

5) Michael Smith
6) County of Solano

## B. DEFENDANTS

1. Name of first Defendant: __Antuan Simmons (SCJ498)__. The first Defendant is employed as: __Custodial Officer__ at __Stanton Detention Facility, Solano County Jail__.
   (Position and Title) (Institution)

2. Name of second Defendant: __Jeffery Poolete (SCJ436)__. The second Defendant is employed as: __Sgt. Supervising Custodial Officer__ at __Stanton Detention Facility, Solano County Jail__.
   (Position and Title) (Institution)

3. Name of third Defendant: __Richard Bennett (11207)__. The third Defendant is employed as: __Deputy Officer__ at __Solano County Sheriff's Office__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __"PEG" (1512)__. The fourth Defendant is employed as: __Supervising Deputy Officer__ at __Solano County Sheriff's Office__.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __9__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Joshua Harrell__ v. __Fairfield Police Dept., et al.,__
      2. Court and case number: __2:12-cv-01904-KJN__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed, never appealed and it is no longer pending__

   b. Second prior lawsuit:
      1. Parties: __Joshua Harrell__ v. __Solano County Jail, et al.,__
      2. Court and case number: __2:14-cv-0152-AC__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed, appealed and no longer pending__

   c. Third prior lawsuit:
      1. Parties: __Joshua Harrell__ v. __Solano County Jail, et al.__
      2. Court and case number: __2:14-cv-01690-TLN-CKD__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed, appealed and no longer pending__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

B. Defendants Continuation:

5. Name of Fifth Defendant: Michael Smith. The fifth Defendant is employed as: a judge in the Superior Court of California, County of Solano at Fairfield, California, Justice Center.

6. Name of sixth Defendant: County of Solano. The sixth Defendant is the municipality for the County of Solano.

## C. Previous Lawsuits Continuation:

d. Fourth prior lawsuit:
   1. Parties: Joshua Harrell v. State of California, et al.,
   2. Court and case number: 2:15-cv-00470-KJM-EFB
   3. Result: The case was dismissed, appealed and no longer pending.

e. Fifth prior lawsuit:
   1. Parties: Joshua Harrell v. Michelle Belsea
   2. Court and case number: 2:15-cv-00576-JAM-AC
   3. Result: The case was dismissed and I am appealing it, still pending.

f. Sixth prior lawsuit:
   1. Parties: Joshua Harrell v. California Forensic Medical Group, Inc, et al.,
   2. Court and case number: 2:15-cv-00519-KJM-DB
   3. Result: The case was dismissed, I appeal and am in the midst of preparing a petition for writ of certiorari, in the U.S. Supreme Court.

g. Seventh prior lawsuit:
   1. Parties: Joshua Harrell v. Target, et al.,
   2. Court and Case number: 2:15-cv-00634-CKD
   3. Result: The case was dismissed, I appeal and it is no longer pending.

h. Eighth prior lawsuit:
   1. Parties: Joshua Harrell v. Fairfield Police Dept, et al.,
   2. Court and Case number: 2:15-cv-00693-MCE-AC
   3. Result: The case was dismissed and I am appealing it soon.

C. Previous Lawsuits Continuation:

i. Ninth prior lawsuit:
1. Parties: Joshua Harrell v. County of Solano, et al.,
2. Court and Case number: 2:18-cv-00729-TLN-EFB
3. Result: I voluntarily dismissed this case but I intend on refiling by September 2019.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: The Cruel & Unusual Punishment Clause of the Eighth Amendment by Excessive force, assault and battery.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. I was a pretrial detainee housed in Stanton Detention Facility of the Solano County Jail. On August 1, 2018, at approximately 10:30 a.m., in Unit: 11/Cell: 13, the cell door opened and I was told that another inmate was going to be housed in the same cell as me. I tried to explain to Custodial Officer Antuan Simmons that I "have to much going on" and did not want a cell mate at that time and that the cell right next door (Cell 14) was empty and the inmate could me in there. I shut the cell door.

   2. The cell door opened again and I attempted to close the door. "Simmons" forced the cell door open grabbing me by my throat pushing me backwards until my head slammed in the top bunk leaving a laceration on the back of my head. This caused me to fall on the ground and bleed everywhere from my head. "Simmons" then got on top of me and punched me in my face and head several times. I was never the aggressor and I never tried fighting with "Simmons". I just did not want anyone in the cell with me because I needed time to study by myself. I was not even wearing any shoes when this happened and I was not expecting to be viciously attacked by an officer.

   3. Several other officers arrived in the cell seperating "Simmons" and I. Med. Nurse "Justine" came and assessed all of my injuries and pictures of all of my injuries were taken by Jeffery Badete.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). My head and face was severally bruised, as well as my neck. There was a laceration on the back of my head. I suffered injuries to my neck and spine. For several weeks I had "whip lash" kind of injuries. I suffered damage to my reputation by defamation of character.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# CLAIM II

1. State the constitutional or other federal civil right that was violated: The Search & Seizure Clause of the Fourth and Fourteenth Amendments for False Arrest, False Imprisonment and Restraint.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: False Imprisonment & Restraint

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   and I told him I wanted to press charges on "Simmons" for attacking me. Jeffery Poole did not listen to my complaint on "Simmons" said that I did nothing wrong.
   4. Deputy Richard Bennet came to the jail to make a report and I told him that I wanted to press charges on "Simmons" for viciously attacking me, making report CR18-4042 about the incident without having any personal knowledge because he was not there at any time. The report did not contain any statements of any witnesses under the penalty of perjury. Without any information to support the charge. The report was reviewed and approved by supervising deputy "PFG" JISO). I was falsely arrested for "Assault on a Custodial Officer" PC 241.1
   5. I was booked in the Solano County Jail Booking #2018006792.1 Assault on a Custodial Officer PC 241.1 without any information or evidence to support this charge.
   6. I suffered restraint as a result of the false arrest. Beginning on August 3, 2018, I was handcuffed and shackled, forced to wait several hours in a holding tank for an arraignment that was in front of Superior Court judge Michael Smith in the County of Solano. The case number FCR335534 was assigned. Without any information, I was held to answer for false charges.
   7. On August 8, 2018, I suffered restraint from being handcuffed and shackled, forced to wait several hours in holding tanks for another hearing in Solano Superior Court Case No. FCR335534, at which time the assigned conflict defender filed a demurrer to the complaint.
   8. On August 10, 2018, I suffered restraint from being handcuffed and shackled, forced to wait several hours

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I suffered restraint, loss of liberty, and defamation of character.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: The Equal Protection Clause of the Fourteenth Amendment by Malicious Prosecution (perjured testimony).

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Malicious Prosecution

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In holding tanks for a hearing on the motion for demurrer in Solano Superior Court Case No. FCR339534. The judge Michael Smith granted the demurrer with leave to amend the complaint without any evidence to support the charges. The misdemeanor complaint was amended to a felony adding two (2) additional felonies PC 243(B) and PC 243.1. The bail was set at an excessive amount of $150,000.00 for the false charges.

   9. On August 13, 2018, I suffered restraint from being handcuffed and shackled, forced to wait several hours in holding tanks for a preliminary hearing in Solano Superior Court Case No. FCR339534. Custodial officer Antuon Simmons gave false testimony committing perjury stating that I swung at him "grazing his jaw" when neither at any time did I swing at him. Based on Simmons' false testimony the case was bound over to Superior Court.

   10. On October 26, 2018, I suffered restraint from being handcuffed and shackled for several hours in holding tanks to appear in Solano Superior Court Case No. FCR339534. The charges were dismissed in my favor. Simmons used "excessive force." The legal process ended without process. There was no trial by a judge or jury.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I suffered loss of liberty, restraint and defamation of character.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## D. CAUSE OF ACTION

### CLAIM IV

1. State the constitutional or other federal civil right that was violated: First Amendment Retaliation by putting a chill on my protected conduct redressing the government my grievances.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   11. Beginning August 1, 2018, I was placed on administrative segregation until November 5, 2018, when I was transferred to state prison without any justifiable reason.

   12. I was given a disciplinary write up for the incident with "Simmons". The disciplinary write up was for Fighting, Threats, and Obey all Laws (report # 1800447). At the hearing I was found guilty of all charges given 10 days "disco." Long after serving the entire 10 days disco., I was kept on administrative segregation without any reasonable justification.

   13. I filed grievance # 1800213 about the "excessive force" assault and battery by officer "Simmons" and the administrative respondents used dilatory tactics to prevent the exhaustion of administrative remedies of the grievance process.

   14. I then filed grievance # 1800213 about the administrative respondents dilatory tactics in grievance # 1800213 and an abuse of the process continued by the administrative respondents failure to act and respond.

   15. On November 5, 2018, I was sent to state prison and the administrative grievance respondents never exhausted administrative remedies to the aforementioned grievances.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I suffered loss of liberty and restraint by being placed on administrative seperation for several months of 23 hour a day lockdown, as well as defamation of character.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I submitted the appeal but the respondents used dilitory tactics to prevent exhaustion abusing the process.

8

6

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Ralph & Bane Act Cal. Civ. Code §§ 51.1, 52.1 the right to be free from any violence, or intimidation by threat of violence, committed against their person.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   6. I reallege and incorporate by reference paragraphs 1-4.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I was the victim of a violent attack by officer "Simmons." I suffered bruises on my head, face and neck. There was a laceration on the back of my head and I suffered spinal and neck injuries.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

7

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Cal. Penal Code §§ 240, 242; Gov. Code § 815.2 Assault & Battery

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   17. I reallege and incorporate by reference paragraphs 1-4.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was the victim of a violent attack by officer "Simmons". I suffered bruises to my head, face and neck. A laceration on the back of my head and injury to my neck and spine.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

JH
X
8

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Cal. Civ. Code §§ 43.55, 52. and Cal. Penal Code § 236.5 - denial of my civil rights, warrantless false arrest and restraint; Cal. Civ. Code 946.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   13. I reallege and incorporate by reference paragraphs 5-10.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I suffered loss of liberty, restraint and defamation of character.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?    ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1. The entire amount of the stale-dated warrant - $150,000.00 2. General damages in an amount according to proof. 3. Special damages in an amount according to proof. 4. Punitive damages 5. Prejudgment interest 6. Costs of suit, and 7. Any other and further relief that the court considers proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 18th, 2019
           DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# JUDICIAL COUNCIL OF CALIFORNIA

455 Golden Gate Avenue • San Francisco, California 94102-3688
Telephone 415-865-4200 • Fax 415-865-7664 • TDD 415-865-4272

TANI G. CANTIL-SAKAUYE
*Chief Justice of California*
*Chair of the Judicial Council*

MARTIN HOSHINO
*Administrative Director*

MILLICENT TIDWELL
*Chief Deputy Director*

DEBORAH C. BROWN
*Chief Counsel, Legal Services*

March 11, 2019

Joshua Neil Harrell
Deuel Vocational Institution
CDCR# BH7394
23500 Kasson Road
Tracy, CA 95304

Re:   Government Claim Presented to Superior Court of California, County of Solano

Dear Mr. Harrell:

The government claim that you presented to the Superior Court of California, County of Solano (Superior Court) on January 30, 2019 has been referred to this office for review and response.

We find no basis for liability on the part of the Superior Court and reject the claim accordingly. Because this is a notice of rejection, we are required by law to provide you with the following information:

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Mr. Joshua Harrell
March 11, 2019
Page 2

Please note that neither the court nor its judges are liable for damages allegedly arising out of official court rulings.

Sincerely,

Legal Services Office

KD/atg

**County of Solano**
**675 Texas Street**
**Fairfield, CA 94533**

---

February 7, 2019

Joshua Neil Harrell
Solano County Jail
2450 Claybank Road
Fairfield, CA 94533

Joshua Neil Harrell
Deuel Vocational Institution
23500 Kasson Rd
Tracy, CA 95304

RE:  **Claim of Joshua Neil Harrell**

Dear Mr. Harrell:

NOTICE IS HEREBY GIVEN that the claim for damages you presented to the COUNTY OF SOLANO on August 14, 2018 was rejected February 7, 2019.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

As allowed by California Code of Civil Procedure Sections 128.5 and 1038, the COUNTY OF SOLANO will seek to recover all incurred costs and attorney fees from you and your attorney should you ultimately serve the COUNTY OF SOLANO with a lawsuit and it is later determined the suit was not brought in good faith or on reasonable grounds. If you feel you must name the COUNTY OF SOLANO in the lawsuit to protect yourself, we urge you not to serve the COUNTY OF SOLANO with a summons and complaint until you are certain there is a justiciable controversy with the COUNTY OF SOLANO.

Sincerely,

*Craig Nunn*

Craig Nunn
Adjuster, Property & Casualty
York Risk Services Group, Inc.
craig.nunn@yorkrsg.com

PROOF OF SERVICE BY MAIL

I, Joshua Neil Harrell, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM/AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: BH7394.

MY PRISON ADDRESS IS: P.O. BOX 950, Folsom, CA 95763.

ON July 24th, 2019 I SERVED A COPY OF THE FOLLOWING DOCUMENT: 1 Original & 2 Copies Federal Civil Complaint (17 Pages)

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS INTO A SEALED ENVELOPE WITH POSTAGE FULLY PAID, INTO THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), REPRESA, CALIFORNIA, AND ADDRESSED AS FOLLOWS:

Clerk's Office
United States District Court
Eastern District of California
501 "I" St., Ste. 4-200
Sacramento, CA 95814

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED July 24th, 2019, AT REPRESA, CALIFORNIA.

Joshua Neil Harrell
Signature