UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL, <br> Plaintiff, <br> v. <br> ANTUAN SIMMONS, et al., <br> Defendants. | No. 2:19-cv-1838 TLN AC P <br><br> ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed October 25, 2019, plaintiff was ordered to pay the filing fee within thirty days or face dismissal of this case. ECF No. 9. He then proceeded to file an appeal with the Ninth Circuit, ECF No. 10, which has since been denied, ECF No. 13.

Accordingly, IT IS HEREBY ORDERED that plaintiff must pay the entire $400.00 in required fees within thirty days of the service of this order or it will be recommended that this case be dismissed.

DATED: March 25, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE