UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL, | No. 2:19-cv-1838 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| ANTUAN SIMMONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed October 25, 2019, plaintiff was ordered to pay the filing fee within thirty days or face dismissal of this case. ECF No. 9. He then proceeded to file an appeal in the Ninth Circuit, ECF No 10, which was denied, ECF No. 13. On March 26, 2020, plaintiff was again ordered to pay the filing fee within thirty days or face dismissal of this action. ECF No. 14. Plaintiff has now filed a notice of filing bankruptcy in which he asserts that his pending bankruptcy proceedings prohibit this court from requiring that he pay the filing fee. ECF No. 15. Even if plaintiff were correct that bankruptcy proceedings prohibited the collection of the filing fee in this case, it would be immaterial because review of the docket in plaintiff's bankruptcy proceeding shows that the case has been dismissed.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall pay the filing fee in this action by April 30, 2020, or it will be recommended that this action be dismissed.

DATED: April 10, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE