UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL, | No. 2:19-cv-1838 TLN AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ANTUAN SIMMONS, et al., | |
| Defendants. | |

By order filed April 27, 2020, plaintiff was given an additional fourteen days to pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 19. The fourteen-day period has now expired, and plaintiff has not paid the fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

////

1

1 | failure to file objections within the specified time may waive the right to appeal the District
2 | Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
3 | DATED: May 28, 2020

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2